IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
SEP 14 1999 PURSUANT
TO FRCP RULES 58 & 79a

MARIO TORRES-MELENDEZ

Plaintiff

vs                                      CIVIL 97-1840CCC

UNITED STATES OF AMERICA

Defendant

## JUDGMENT

For the reasons stated in the Order entered on August 4, 1999 (docket entry 8), judgment is hereby entered DISMISSING this action.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 13, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: M. Torres
X. Gallagher

SEP 14 1999

RECD.
SEP 14 1999

AO 72A
(Rev.8/82)