IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     September 21, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIO TORRES-MELENDEZ

vs                                          CIVIL 97-1840CCC

UNITED STATES OF AMERICA

    By order of the Court, the Motion for Reconsideration of Denial of 2255 Motion (**docket entry 9**) is MOOT. The docket shall so reflect.

*- Secretary*

s/c: M. Torres
     N. Gallagher

SEP 2 2 1999

RECD. | TO JUDGE
SEP 2 2 1999