IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA § § § -v- § § § MARIO TORRES-MELENDEZ § § | NO. 97-1840-(CCC) |

## NOTICE OF APPEAL

COMES NOW Petitioner Mario Torres-Melendez respectfully moves before the Honorable Court with Petitioner's timely Notice of Appeal from the Court's denial of 2255 Motion and Motion for reconsideration. Please file Petitioner's Notice of Appeal as being timely

Respectfully submitted,

Dated 9-28 1999.

By: *Mario Torres Melendez*
Mario Torres-Melendez
Reg. # 06980-069 (Unit 2-A)
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

s/c: Appeals Clerk
M-Torres
H-Gallagher
OCT -7 1999

Filing Fees Pending
/s/c Appeals Clerk